UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

-------------------------------------------------------------X

IN RE:                                                                               Chapter 13

    JANINE F. SUTTON,                                               Case No. 15-36280-cgm

                         Debtor.

-------------------------------------------------------------X

### ORDER APPROVING SUPPLEMENTAL ADDITIONAL COMPENSATION TO THE ATTORNEY FOR THE DEBTOR

Upon consideration of Application for Allowance of Supplemental Compensation (the "Application") for professional services rendered during the period commencing March 29, 2017 to May 1, 2018; and a hearing having been held before this court to consider the application on October 9, 2018; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby;

**ORDERED**, that the Application is granted to the extent set forth in attached Schedule C and the Rule 2016(b) Disclosure and it is further;

**ORDERED**, that should the Debtor's case either be dismissed, withdrawn or converted to a case under Chapter 7 of the United States Bankruptcy Code, the Chapter 13 Trustee is hereby directed to pay to The Law Office of Rick S. Cowle, P.C. the sums held by the Trustee paid to him by the Debtor for her plan payments in a sum no greater than the fees awarded herein.



**Dated: October 17, 2018**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**