**Case No.: 15-36280 (cgm)**

**Case Name: Janine Sutton**

## Chapter 13 Fee Application

**March 29, 2017 - May 1, 2018**

**Schedule C**

| (1)<br>Applicant | (2)<br>Initial Fee Charged | (3)<br>Amount of Initial Fee Paid | (4)<br>Amount of Initial Fee Filed as Administrative Claim | (5)<br>Amount of Initial Expenses Collected | (6)<br>Additional Fees Requested | (7)<br>Additional Expenses Requested | (8)<br>Amount of Additional Fees Awarded | (9)<br>Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| The Law Office of Rick Cowle, P.C. | $3,190.00 | $2,190.00 | $1,000.00 | $0.00 | $1,100.00 | $0.00 | $1,100.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DATE ON WHICH ORDER WAS SIGNED: _____                    INITIALS: _____ USBJ