Revised 12/2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re: JANINE F SUTTON                     Case No. 15-36280 CGM

                         ,                 Chapter 13

            Debtor(s).

SSN xxx-xx-<u>5080</u>        SSN xxx-xx-_____
-------------------------------------------------------------------x

### ORDER CONFIRMING CHAPTER 13 PLAN

<u>Definitions</u>: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on July 13, 2015 and (if applicable) was modified August 20, 2018   (the "Plan"). The Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**



**Dated: October 17, 2018**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**